IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS D. BAILEY and**                                                       **PLAINTIFFS**
**BAILEY'S SUPERSTORE, INC.**

v.                  Case No. 4:21-CV-01165

**UNITED STATES OF AMERICA**                                           **DEFENDANT**

## **JUDGMENT**

Pursuant to the Stipulation and Order of Settlement entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 15th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE